## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| The Union Labor Life Insurance Company, a Maryland corporation, on behalf of its Separate Account J. | : : : : | |
| v. | : : | No. 804 C.D. 2017 |
| Isle of Capri Associates, L.P., Isle of Capri Associates Horizon, L.P., and Isle of Capri Associates Tides, L.P. | : : : : | |
| Appeal of: Isle of Capri Associates, L.P. | : | |

**PER CURIAM**                **O R D E R**

NOW, March 6, 2019, having considered appellants' application for reargument and appellee's answer in response thereto, the application is denied.